17-2408

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

HEATHER DIEFFENBACH and
SUSAN WINSTEAD, individually and
on behalf of all others similarly situated,

    Plaintiffs-Appellants,

v.

BARNES & NOBLE, INC.,

    Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois
Case No. 12-cv-8617
The Honorable Andrea R. Wood

## DOCKETING STATEMENT

Pursuant to Circuit Rules 3(c)(1) and 28(a), plaintiffs-appellants Heather Dieffenbach and Susan Winstead ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through counsel, submit the following Docketing Statement:

**I.    Jurisdiction of the District Court**

The district court has jurisdiction under 28 U.S.C. § 1332(d)(2), because the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is brought as a class action in which at least one class member is a citizen of a state that is diverse from Defendant's states of citizenship. Plaintiff Heather Dieffenbach is an individual and a citizen of California. Plaintiff Susan Winstead is an individual and a citizen of Illinois.

1

Defendant Barnes & Noble, Inc. is a Delaware corporation with its principal place of business in New York. Accordingly, Defendant is a citizen of Delaware and New York.

## II.      Jurisdiction of the Appellate Court

The jurisdiction of the Court of Appeals arises under 28 U.S.C. § 1291. On June 13, 2017, the district court entered an Order granting Defendant's motion to dismiss, directing the clerk to enter Judgment in favor of Defendant, and terminating the civil case. ECF No. 150. Final judgment was entered on June 13, 2017. ECF 151. Plaintiffs timely filed a notice of appeal on July 11, 2017.

## III.     Prior or Related Appellate Proceedings

There have been no prior or related appellate proceedings in this case.

## IV.     Additional Requirements of Circuit Rule 3(c)(1)

Plaintiffs state that no criminal conviction is being appealed, nor has the district court designated prior litigation as satisfying the criteria of 28 U.S.C. § 1915(g). Furthermore, none of the parties to this litigation appears in an official capacity. This case does not represent a collateral attack on a criminal conviction.

DATED: July 18, 2017                    Respectfully submitted,

/s/ Ben Barnow

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
T: (312) 621-2000
F: (312) 641-5504
b.barnow@barnowlaw.com

*Counsel of Record for Plaintiffs-Appellants*

# Certificate of Service

The undersigned hereby certifies that on July 18, 2017, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid to the following:

Adam J. Levitt
Dicello Levitt & Casey LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602

Edmund S. Aronowitz
Grant & Eisenhofer, P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL 60602

David S. Markun
Markun Zusman & Compton LLP
17383 West Sunset Blvd, Suite A380
Pacific Palisades, CA 90272

E. Kirk Wood
Wood Law Firm LLC
P.O. Box 382434
Birmingham, AL 35238

Kenneth L. Chernof
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004

Aron D. Robinson
Law Office of Aron D. Robinson
20 N. Wacker Dr., Suite 1745
Chicago, IL 60606

Jeffrey A. Leon
Quantum Legal LLC
513 Central Ave., Suite 300
Highland Park, IL 60035

William A. Baird
Marlin & Saltzman, LLP
29229 Canwood Street, # 208
Agoura Hills, CA 91301

s/ Ben Barnow
Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com